■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE RICHARDSON, Appellant. [698 NYS2d 502] —Appeal by the defendant from a judgment of the County Court, Westchester County (Angiolillo, J.), rendered November 16, 1998, convicting him of attempted promoting of prison contraband in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Sullivan, Goldstein and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR RODRIGUEZ, Appellant. [698 NYS2d 502] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 28, 1998 (*People v Rodriguez,* 256 AD2d 597), affirming two judgments of the County Court, Nassau County, both rendered November 17, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Thompson and McGinity, JJ., concur.